

**IT IS ORDERED as set forth below:**

**Date: April 10, 2018**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 13 |
| | ) | |
| TWANISHA O. ROBERTS, | ) | CASE NO. 18-50881-PMB |
| | ) | |
| DEBTOR. | ) | |

### ORDER DISMISSING CHAPTER 13 CASE
### WITH 11 U.S.C. SECTION 109(g) FINDING

Hearing on confirmation of Debtor's Chapter 13 Plan came before the Court on **April 5, 2018**, upon proper notice. At the call of the calendar, the Chapter 13 Trustee moved to dismiss the instant case pursuant to 11 U.S.C. Section 1307(c), and asked for a finding that the case was dismissed for the reasons cited in 11 U.S.C. Section 109(g). No party appeared in opposition to the Trustee's request.

In her written Objection to Confirmation filed **March 14, 2018**, the Trustee requested dismissal with a Section 109(g) finding and, in support of this request, the Trustee showed the Court the following:

Debtor has filed three (3) previously unsuccessful recent Chapter 13 cases: Case Number 15-68822, filed October 1, 2015, and dismissed prior to confirmation on December 24, 2015; Case Number 15-60104, filed June 1, 2015, and dismissed prior to confirmation on July 8, 2015; and Case Number 15-51728, filed January 29, 2015, and dismissed prior to confirmation on March 24, 2015. In this case, Debtor has failed to make any payments into the case, Trustee was unable to conduct the Section 341 Meeting of Creditors because Debtor had not filed a proper plan, and Debtor did not resolve any of Trustee's other objections to confirmation.

Such prior filings and failures represent an unreasonable and prejudicial delay in protecting the rights and interests of the estate and Debtor's creditors. The court finds that based on the entire record and the circumstances of this case, Debtor has willfully failed to properly prosecute this case; accordingly, it is hereby

**ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED** for failure to comply with the applicable provisions of 11 U.S.C. Section 1325(a)(1). It is further

**ORDERED** that Trustee's request to dismiss this case pursuant to 11 U.S.C. Section 1307(c) is **GRANTED**.

It is further **ORDERED** that pursuant to 11 U.S.C. Section 109(g), Debtor is hereby ineligible to file or convert a case to Chapter 13 under Title 11 of the United States Bankruptcy Code for one hundred eighty (180) days from the date of entry of this Order.

The Clerk of Court is directed to serve notice of this Order on Debtor, the Chapter 13 Trustee and all creditors and parties in interest.

### [END OF DOCUMENT]

Prepared and Presented by:

 /S/_____
Jason L. Rogers
Georgia Bar No.: 142575
Attorney for the Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
TEL: (678) 510-1444
FAX: (678) 510-1450