# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**TWANISHA ONI ROBERTS,**

    Debtor/Appellant,

v.

**PRIMESTAR FUND I, and MELISSA J. DAVEY, Chapter 13 Trustee,**

    Appellees,

**CIVIL ACTION FILE**

**NO. 1:18-CV-1611-MHC**

## ORDER

Appellant in this bankruptcy appeal has failed to pay the required filing fee or to file an application to proceed *in forma pauperis*. Accordingly, the appeal is hereby **DISMISSED**. See In re Owens, 458 F. App'x 836 (11th Cir. 2012) (affirming dismissal of bankruptcy appeal due to appellant's failure to pay required filing fee or apply to proceed *in forma pauperis*).

**IT IS SO ORDERED** this 27th day of April, 2018.

*/s/ Mark H. Cohen*

MARK H. COHEN
United States District Judge